UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.: 4:17CR 00026 JM |
| ) | |
| v.           ) | Title 18, U.S.C. § 922(g)(1) |
| ) | Title 18, U.S.C. § § 3571 & 3013 |
| EDWARD BURKS, JR.     ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB -7 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

(*Felon in Possession of a Firearm*)

A. Prior to September 27, 2016, the defendant,

EDWARD BURKS, JR.,

had previously been convicted as follows:

   1. In Pulaski County Circuit Court for Domestic Battering in the Second Degree, a Class B felony, and Aggravated Assault on a Family or Household Member, a Class D felony in Docket # CR-2013-3912.

B. Each of the crimes set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

C. On or about September 27, 2016, in the Eastern District of Arkansas, the defendant,

EDWARD BURKS, JR.,

did knowingly possess a firearm and ammunition, to wit: a Walther .380 caliber handgun, Model PPK/S, bearing serial number 167286, three (3) rounds of PPU .380 caliber ammunition, and two (2) rounds of Federal .380 caliber ammunition in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)