# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                                                NO.   4:17CR00026 JM

EDWARD BURKS, JR.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the NORTH CENTRAL UNIT and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of EDWARD BURKS, JR. ADC #159408 detained in the NORTH CENTRAL UNIT, 10 Prison Circle, Calico Rock, AR 72519 in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on February 23, 2017 at 10:00 a.m., before the Honorable James M. Moody, and after the proceedings have been concluded, that you return EDWARD BURKS, JR. to NORTH CENTRAL UNIT under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 13 February 2017.

_____
UNITED STATES MAGISTRATE JUDGE