IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              NO. 4:17cr00026-01 JM

EDWARD BURKS, JR.                                                           DEFENDANT

## ORDER

The government has filed a motion to dismiss indictment in this matter without prejudice. The motion is GRANTED. Document #35. The indictment is hereby dismissed without prejudice as to defendant Edward Burks, Jr.

Defendant Edward Burks, Jr. is currently in custody. If there are no other holds on the defendant, the United States Marshal is ordered to immediately release the defendant from custody.

IT IS SO ORDERED this 26th day of July, 2018.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE